UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTONIO L. BUCKMAN,

            Plaintiff,

v.                         Case No. 3:10-cv-1050-J-12JBT

L. SIMMONS, et al.,

            Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff filed a Civil Rights Complaint (Doc. #1) on November 9, 2010, pursuant to the mailbox rule. On November 18, 2010, this Court assessed an initial partial filing fee and ordered the agency having custody of Plaintiff to forward the $7.00 initial partial filing fee to the Clerk of Court within thirty days. This Court warned Plaintiff that "he is ultimately responsible for payment of the filing fee if the agency with custody over him lapses in its duty to make payments on his behalf" and that Plaintiff's failure to pay the filing fee and "ensure that the agency forwards the payment" will result in the dismissal of this action without further notice. Order (Doc. #4) at 2. Over thirty days have passed since the November 18, 2010, Order, and the partial filing fee has not been paid. Further, Plaintiff has not requested an extension of time to ensure that the agency forwards the partial filing fee.

Since Plaintiff is ultimately responsible for payment of the initial partial filing fee which has not been paid as of the date of this Order, this case will be dismissed without prejudice to Plaintiff's right to refile if he later chooses to do so. If Plaintiff decides to initiate a new civil rights case, he must either pay the $350.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action.

Accordingly, it is now

**ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment accordingly and close this case.

3. The **Clerk of the Court** shall send Plaintiff a Civil Rights Complaint form and an Affidavit of Indigency form. If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of December, 2010.

_Howell W. Melton_
UNITED STATES DISTRICT JUDGE

sc 12/20
c:
Antonio L. Buckman